**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| WILLIAM F. SMITH, SR | : | BK. No. 12-21209 SR |
| **Debtor** | : | |
| | : | Chapter No. 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10 | : | 11 U.S.C. §362 AND §1301 |
| **Movant** | : | |
| v. | : | |
| WILLIAM F. SMITH, SR DENISE SMITH (NON-FILING CO-MORTGAGOR) | : | |
| **Respondents** | : | |

**ORDER MODIFYING §362 AND §1301 AUTOMATIC STAY**

**AND NOW**, this 19th day of April, 2017, at **PHILADELPHIA**, upon Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that relief from any Co-Debtor stay under U.S.C. §1301(c) is hereby granted; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1528 SOUTH 58 STREET, PHILADELPHIA, PA 19143-4539 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10** may immediately enforce and implement this Order granting Relief from the Automatic Stay

_____
STEPHEN RASLAVICH, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE
(TRUSTEE)
2901 ST. LAWRENCE AVENUE
P.O. BOX 4010
READING, PA 19606

MICHAEL D. SAYLES, ESQUIRE
427 WEST CHELTENHAM AVENUE
SUITE #2
ELKINS PARK, PA 19027-3201

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

WILLIAM F. SMITH, SR
1528 SOUTH 58 STREET
PHILADELPHIA, PA 19143-4539

WILLIAM F. SMITH, SR
601 MEDARY AVENUE
PHILADELPHIA, PA 19126

DENISE SMITH
1528 SOUTH 58 STREET
PHILADELPHIA, PA 19143-4539