United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-21209-sr
William F. Smith, Sr                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey           Page 1 of 2              Date Rcvd: Apr 20, 2017
                           Form ID: pdf900        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2017.
db         +William F. Smith, Sr,    601 Medary Avenue,    Philadelphia, PA 19126-3836
cr         +America's Servicing Co.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr         +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr          The Bank of New York Mellon,   by its attorney in fa,    Stern & Eisenberg, PC,
            261 Old York Road,    410 The Pavilion,    Jenkintown, PA 19046
cr         +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          U.S. Bank National Association,    c/o Litton Loan Servicing LP,    PO BOX 829009,
            Dallas, TX  75382-9009
cr         +US BANK NATIONAL ASSOCIATION,    P.O. Box 9013,    Dallas, TX 75209-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Apr 21 2017 01:23:30     City of Philadelphia,
            City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
            Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 21 2017 01:22:55
            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 21 2017 01:23:13     U.S. Attorney Office,
            c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: bankruptcy@phila.gov Apr 21 2017 01:23:30     City Of Philadelphia,
            City of Philadelphia,    Law/Revenue Department,    1401 JFK Blvd, 5th Floor,
            Municipal Services Building,    Philadelphia, PA  19102
cr         +Fax: 407-737-5634 Apr 21 2017 02:23:33     Ocwen Loan Servicing, LLC,    1661 Worthington Road,
            Suite #100,    WEST PALM BEACH, FL 33409-6493
                                                                                    TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
            Salt Lake City, UT 84115-4412
                                                                        TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                          Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2017 at the addresses(es) listed below:
          ANN E. SWARTZ    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee
          ecfmail@mwc-law.com,   ecfmail@mwc-law.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          DAVID  NEEREN    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
          dneeren@udren.com,   vbarber@udren.com
          DAVID  NEEREN    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
          U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
          Certificates, Series 2005-14HE dneeren@udren.com,   vbarber@udren.com
          DAVID H. LIPOW    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
          Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com,
          dlipow@milsteadlaw.com
          DAVID H. LIPOW    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
          U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
          Certificates, Series 2005-14HE bkecf@milsteadlaw.com,   dlipow@milsteadlaw.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com

District/off: 0313-2          User: Stacey          Page 2 of 2          Date Rcvd: Apr 20, 2017
                              Form ID: pdf900       Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
   ecf_frpa@trustee13.com
    HOWARD GERSHMAN   on behalf of Creditor   Volvo Car Finance North America hg229ecf@gmail.com,
   229ecf@glpoc.comcastbiz.net
    JEROME B. BLANK   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For et
   al. paeb@fedphe.com
    JOSEPH ANGEO DESSOYE   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee
   For et al. paeb@fedphe.com
    JOSEPH ANGEO DESSOYE   on behalf of Creditor   The Bank Of New York Mellon F/K/A The Bank Of New
   York As Successor   et al. paeb@fedphe.com
    JOSEPH ANGEO DESSOYE   on behalf of Creditor   The Bank Of New York Mellon F/K/A The Bank Of New
   York, et al. paeb@fedphe.com
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. Bank National Association, Et Al...
   bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
    KARINA VELTER   on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for
   Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1
   amps@manleydeas.com
    KEVIN T MCQUAIL   on behalf of Creditor   Deutshe Bank National Trust Company, as Trustee
   ecfmail@mwc-law.com
    KIMBERLY A. BONNER   on behalf of Creditor   U.S. Bank National Association, as Trustee for
   Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1
   amps@manleydeas.com
    KIMBERLY A. BONNER   on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for
   Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1
   amps@manleydeas.com
    KIMBERLY A. BONNER   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION
   amps@manleydeas.com
    LEEANE O. HUGGINS   on behalf of Creditor   Nationstar Mortgage LLC, et al pabk@logs.com
    LESLIE J. RASE   on behalf of Creditor   Ocwen Loan Servicing, LLC pabk@logs.com,  lerase@logs.com
    MARISSA M. O'CONNELL   on behalf of Creditor   City Of Philadelphia marissa.o'connell@phila.gov,
   James.Feighan@phila.gov
    MICHAEL D. SAYLES   on behalf of Debtor William F. Smith, Sr midusal@comcast.net,
   MichaelDSaylesEsq@comcast.net
    POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
   ecf_frpa@trustee13.com
    RYAN A. GOWER   on behalf of Creditor   Specialized Loan Servicing, LLC as servicing agent for
   U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
   Certificates, Series 2005-14HE bkecf@milsteadlaw.com
    RYAN A. GOWER   on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT Mortgage
   Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com
    SALVATORE CAROLLO   on behalf of Creditor   Specialized Loan Servicing, LLC as servicing agent
   for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
   Certificates, Series 2005-14HE ldoyle@udren.com,  cblack@udren.com
    SHERRI J. BRAUNSTEIN   on behalf of Creditor   Specialized Loan Servicing, LLC as servicing agent
   for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
   Certificates, Series 2005-14HE sbraunstein@udren.com,  vbarber@udren.com
    THOMAS I. PULEO   on behalf of Creditor   U.S. Bank National Association, as Trustee for
   Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1
   tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
    THOMAS YOUNG.HAE SONG   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee
   For et al. pa.bkecf@fedphe.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM EDWARD MILLER   on behalf of Creditor   Ocwen Loan Servicing, LLC
   wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
    WILLIAM EDWARD MILLER   on behalf of Creditor   The Bank of New York Mellon, by its attorney in
   fact Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                 TOTAL: 33

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **WILLIAM F. SMITH, SR** | : | **BK. No. 12-21209 SR** |
| **Debtor** | : | |
| | : | **Chapter No. 13** |
| **DEUTSCHE BANK NATIONAL TRUST** | : | |
| **COMPANY, AS TRUSTEE FOR AMERIQUEST** | : | |
| **MORTGAGE SECURITIES INC., ASSET-** | : | |
| **BACKED PASS-THROUGH CERTIFICATES,** | : | |
| **SERIES 2005-R10** | : | **11 U.S.C. §362 AND §1301** |
| **Movant** | : | |
| **v.** | : | |
| **WILLIAM F. SMITH, SR** | : | |
| **DENISE SMITH (NON-FILING CO-** | : | |
| **MORTGAGOR)** | : | |
| **Respondents** | : | |

## ORDER MODIFYING §362 AND §1301 AUTOMATIC STAY

**AND NOW**, this 19th day of April, 2017, at **PHILADELPHIA**, upon Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that relief from any Co-Debtor stay under U.S.C. §1301(c) is hereby granted; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1528 SOUTH 58 STREET, PHILADELPHIA, PA 19143-4539 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R10** may immediately enforce and implement this Order granting Relief from the Automatic Stay

_____
STEPHEN RASLAVICH, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE
(TRUSTEE)
2901 ST. LAWRENCE AVENUE
P.O. BOX 4010
READING, PA 19606

MICHAEL D. SAYLES, ESQUIRE
427 WEST CHELTENHAM AVENUE
SUITE #2
ELKINS PARK, PA 19027-3201

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

WILLIAM F. SMITH, SR
1528 SOUTH 58 STREET
PHILADELPHIA, PA 19143-4539

WILLIAM F. SMITH, SR
601 MEDARY AVENUE
PHILADELPHIA, PA 19126

DENISE SMITH
1528 SOUTH 58 STREET
PHILADELPHIA, PA 19143-4539