## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **WILLIAM F. SMITH, SR.** | : | Bankruptcy No. 12-21209-sr |
| | : | |
| Debtor | : | Hearing Date & Time: 8/23/17 at 10:00 a.m. |

CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that he did serve a copy of PNC Bank's Motion for Relief from Stay and a Notice of Hearing to Consider Motion dated July 20, 2017, upon the Debtor, Debtor's Counsel, and the Chapter 13 Trustee on July 20, 2017.  Finally, the undersigned certifies that he has received no written responses to the Motion for Relief.

WHEREFORE, PNC Bank, National Association respectfully requests this Honorable Court to enter an order granting PNC Bank Motion for Relief from Stay.

Dated: 8/8/17

TUCKER ARENSBERG, P.C.

/s/ Brett A. Solomon
Brett A. Solomon, Esquire
Pa. I.D. #83746
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
Attorney for PNC Bank, National Association

BANK_FIN:565964-1 000011-180455