# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| WILLIAM F. SMITH, SR. | : | Bankruptcy No. 12-21209-sr |
| | : | |
| Debtor | : | |

ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2017, upon no response to the Motion for Relief from the Automatic Stay filed by PNC Bank, National Association, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **GRANTED** and that the automatic stay is hereby vacated and terminated with respect to PNC Bank, National Association, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located at 4921 N. 9th St., Philadelphia, PA 19142, including actions that may or will divest debtor's rights and interests in the property.

**Dated: August 23, 2017**

_____
United States Bankruptcy Judge

BANK_FIN:565964-1 000011-180455