United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 12-21209-sr
William F. Smith, Sr                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Aug 24, 2017
                              Form ID: pdf900           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
```
db          +William F. Smith, Sr,    601 Medary Avenue,    Philadelphia, PA 19126-3836
cr          +America's Servicing Co.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr          +PNC Bank, National Association,    c/o Tucker Arensberg, PC,    1500 One PPG Place,
              Pittsburgh, PA 15222-5416
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr           The Bank of New York Mellon, by its attorney in fa,    Stern & Eisenberg, PC,
              261 Old York Road,    410 The Pavilion,    Jenkintown, PA  19046
cr          +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr           U.S. Bank National Association,    c/o Litton Loan Servicing LP,    PO BOX 829009,
              Dallas, TX  75382-9009
cr          +US BANK NATIONAL ASSOCIATION,    P.O. Box 9013,    Dallas, TX 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Aug 25 2017 01:18:05     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2017 01:17:41
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2017 01:17:56     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Aug 25 2017 01:18:06     City Of Philadelphia,
              City of Philadelphia,   Law/Revenue Department,    1401 JFK Blvd, 5th Floor,
              Municipal Services Building,    Philadelphia, PA  19102
cr          +Fax: 407-737-5634 Aug 25 2017 01:59:06      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
              Suite #100,    WEST PALM BEACH, FL 33409-6493
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
              Salt Lake City, UT 84115-4412
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee
               ecfmail@mwc-law.com,     ecfmail@mwc-law.com
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              DAVID  NEEREN    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               dneeren@udren.com,    vbarber@udren.com
              DAVID  NEEREN    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
               U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE dneeren@udren.com,    vbarber@udren.com
              DAVID H. LIPOW    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
```

```
District/off: 0313-2          User: Stacey                Page 2 of 2                   Date Rcvd: Aug 24, 2017
                              Form ID: pdf900             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         DAVID H. LIPOW    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bkecf@milsteadlaw.com,  dlipow@milsteadlaw.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         HOWARD  GERSHMAN    on behalf of Creditor    Volvo Car Finance North America hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
         JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et al. paeb@fedphe.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et al. paeb@fedphe.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As Successor  et al. paeb@fedphe.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York, et al. paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al... bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         KARINA  VELTER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1 amps@manleydeas.com
         KEVIN T MCQUAIL    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee ecfmail@mwc-law.com
         KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1 amps@manleydeas.com
         KIMBERLY A. BONNER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1 amps@manleydeas.com
         KIMBERLY A. BONNER    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION amps@manleydeas.com
         LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
         LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,  lerase@logs.com
         MARISSA M. O'CONNELL    on behalf of Creditor    City Of Philadelphia marissa.o'connell@phila.gov, James.Feighan@phila.gov
         MICHAEL D. SAYLES    on behalf of Debtor William F. Smith, Sr midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         RYAN A. GOWER    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bkecf@milsteadlaw.com
         RYAN A. GOWER    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com
         SALVATORE  CAROLLO    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ldoyle@udren.com,  cblack@udren.com
         SHERRI J. BRAUNSTEIN    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE sbraunstein@udren.com,  vbarber@udren.com
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et al. pa.bkecf@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD MILLER    on behalf of Creditor    Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
         WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                                        TOTAL: 34

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| WILLIAM F. SMITH, SR. | : | Bankruptcy No. 12-21209-sr |
| | : | |
| Debtor | : | |

ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2017, upon no response to the Motion for Relief from the Automatic Stay filed by PNC Bank, National Association, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **GRANTED** and that the automatic stay is hereby vacated and terminated with respect to PNC Bank, National Association, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located at 4921 N. 9th St., Philadelphia, PA 19142, including actions that may or will divest debtor's rights and interests in the property.

**Dated: August 23, 2017**

_____
United States Bankruptcy Judge

BANK_FIN:565964-1 000011-180455