UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **William Smith**                    :         CHAPTER:  13
                                             :
                                             :
DEBTORS                                      :         Bankruptcy No.: **12-21209-jkf**

PRAECIPE OF DEBTORS TO WITHDRAW
RESPONSE TO MOTION FOR RELIEF
FROM AUTOMATIC STAY

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**, for the record

                                        Respectfully Submitted,


                                        By: \s\ **Michael D. Sayles, Esquire**
                                              Michael D. Sayles, Esquire
                                              Attorney for Debtor


Dated: January 31, 2018