United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 12-21209-jkf
William F. Smith, Sr                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey            Page 1 of 2              Date Rcvd: Feb 01, 2018
                          Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2018.
db         +William F. Smith, Sr,    601 Medary Avenue,    Philadelphia, PA 19126-3836
cr         +America's Servicing Co.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr         +PNC Bank, National Association,    c/o Tucker Arensberg, PC,    1500 One PPG Place,
             Pittsburgh, PA 15222-5416
cr         +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr          The Bank of New York Mellon, by its attorney in fa,    Stern & Eisenberg, PC,
             261 Old York Road,    410 The Pavilion,    Jenkintown, PA  19046
cr         +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          U.S. Bank National Association,    c/o Litton Loan Servicing LP,    PO BOX 829009,
             Dallas, TX  75382-9009
cr         +US BANK NATIONAL ASSOCIATION,    P.O. Box 9013,    Dallas, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Feb 02 2018 04:42:43     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2018 04:42:08
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 02 2018 04:42:24     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: bankruptcy@phila.gov Feb 02 2018 04:42:43     City Of Philadelphia,
             City of Philadelphia,    Law/Revenue Department,    1401 JFK Blvd, 5th Floor,
             Municipal Services Building,    Philadelphia, PA  19102
cr         +Fax: 407-737-5634 Feb 02 2018 05:38:57     Ocwen Loan Servicing, LLC,    1661 Worthington Road,
             Suite #100,    WEST PALM BEACH, FL 33409-6493
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
             Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee
               ecfmail@mwc-law.com,     ecfmail@mwc-law.com
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,     agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              DAVID   NEEREN    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               dneeren@udren.com,    vbarber@udren.com
              DAVID   NEEREN    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
               U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE dneeren@udren.com,     vbarber@udren.com
              DAVID H. LIPOW    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com

```
District/off: 0313-2          User: Stacey                Page 2 of 2               Date Rcvd: Feb 01, 2018
                              Form ID: pdf900             Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              DAVID H. LIPOW    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
               U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE bkecf@milsteadlaw.com,   dlipow@milsteadlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HOWARD  GERSHMAN    on behalf of Creditor    Volvo Car Finance North America hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York,
               et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et
               al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor  et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York As Successor  et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York, et al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1
               amps@manleydeas.com
              KEVIN T MCQUAIL    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee
               ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               amps@manleydeas.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,   lerase@logs.com
              MARISSA M. O'CONNELL    on behalf of Creditor    City Of Philadelphia marissa.o'connell@phila.gov,
               James.Feighan@phila.gov
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing
               agent for U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust,
               Mortgage Pass-Through Certificates, Series 2006-BNC1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL D. SAYLES    on behalf of Debtor William F. Smith, Sr midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RYAN A. GOWER    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
               U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE bkecf@milsteadlaw.com
              RYAN A. GOWER    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com
              SALVATORE  CAROLLO    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent
               for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE ldoyle@udren.com,   cblack@udren.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent
               for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York, et al. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For et al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    Ocwen Loan Servicing, LLC
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon, by its attorney in
               fact Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 38
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| WILLIAM F. SMITH, SR | : | BK. No. 12-21209-jkf |
| **Debtor** | : | |
| | : | Chapter No. 13 |
| THE BANK OF NEW YORK MELLON F/K/A | : | |
| THE BANK OF NEW YORK AS SUCCESSOR | : | |
| TRUSTEE FOR JPMORGAN CHASE BANK, | : | |
| N.A., AS TRUSTEE FOR THE BENEFIT OF | : | |
| THE CERTIFICATEHOLDERS OF EQUITY | : | 11 U.S.C. §362 and §1301 |
| ONE ABS, INC. MORTGAGE PASS- | : | |
| THROUGH CERTIFICATES SERIES 2003-3 | : | |
| **Movant** | : | |
| v. | : | |
| WILLIAM F. SMITH, SR | : | |
| DENISE SMITH | : | |
| **Respondents** | : | |

**ORDER MODIFYING §362 and §1301 AUTOMATIC STAY AND CO-DEBTOR STAY**

AND NOW, this 31st day of January, 2018, ~~2017, at PHILADELPHIA~~, upon Motion of **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF EQUITY ONE ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-3** (Movant), it is:

**ORDERED** ~~AND DECREED~~: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 4922 NORTH 19TH STREET, PHILADELPHIA, PA 19141 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)　　DENISE SMITH
2901 ST. LAWRENCE AVENUE　　　　　　　　　4922 NORTH 19TH STREET
P.O. BOX 4010　　　　　　　　　　　　　　　　PHILADELPHIA, PA 19141
READING, PA 19606

MICHAEL D. SAYLES., ESQUIRE
427 WEST CHELTENHAM AVENUE, SUITE #2
ELKINS PARK, PA 19027-3201

WILLIAM F. SMITH, SR
601 MEDARY AVENUE
PHILADELPHIA, PA 19126

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107