IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In re:  **William F. Smith**                    )                 Chapter 13
                                                )
                                                )
        Debtor                                  )
                                                )        Bankruptcy No.: **12-21209**

## CERTIFICATE OF NO RESPONSE


I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed

on the Certificate of Service to Counsel's Second Application for Compensation Supplemental.



Date: **April 17, 2018**                          Respectfully Submitted,



**\s\ Michael D. Sayles**
Michael D. Sayles
**Attorney for Debtor**
427 W. Cheltenham Avenue, Suite #2
Elkins Park, PA  19027
215-635-2270 (phone)
215-424-1263 (fax)
midusa1@comcast.net