UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **William F. Smith, Sr.** ) | | Chapter 13 |
| ) | | |
| ) | | |
| ) | | |
| Debtor ) | | Bankruptcy No. 12-21209-jkf |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing second amended supplemental application for compensation and reimbursement of expenses for services performed after confirmation of chapter 13 plan, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $2,500.00 |
| Amounts already paid by Debtor: | $-0- |
| Net amount to be paid by Trustee: | **$2,500.00** |

The net amount may be paid by the Chapter 13 Trustee to Michael D. Sayles, Esquire from available funds in the Debtor's estate.

By the Court:

Dated: April 18, 2018

_____
Bankruptcy Judge

Copies to:

Michael D. Sayles, Esquire
427 W. Cheltenham Avenue
Elkins Park, PA  19027

Frederick Reigle, Esquire
PO Box 4010
Reading, PA 19606