United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                         Case No. 12-21209-jkf
William F. Smith, Sr                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 4              Date Rcvd: Jul 20, 2018
                              Form ID: 138NEW           Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
```
db          +William F. Smith, Sr,    601 Medary Avenue,    Philadelphia, PA 19126-3836
cr          +America's Servicing Co.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
cr          +PNC Bank, National Association,    c/o Tucker Arensberg, PC,    1500 One PPG Place,
              Pittsburgh, PA 15222-5416
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr           The Bank of New York Mellon, by its attorney in fa,    Stern & Eisenberg, PC,
              261 Old York Road,    410 The Pavilion,    Jenkintown, PA 19046
cr          +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr           U.S. Bank National Association,    c/o Litton Loan Servicing LP,    PO BOX 829009,
              Dallas, TX 75382-9009
cr          +US BANK NATIONAL ASSOCIATION,    P.O. Box 9013,    Dallas, TX 75001-9013
12921226     Americas Servicing Co,    PO Box 10328,    Des Moines, IA 50306-0328
12921230     Bank One, Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
12921229    +Bank of America,    PO Box 17054,    Mail Stop 1333,    Wilmington, DE 19850-7054
12921228     Bank of America,    Customer Service,    PO Box 5170,    Simi Valley, CA 93062-5170
13308040    +Bank of New York /Vericrest Financial,    Caliber Home Loans, Inc.,    13801 Wireless Way,
              Oklahoma City, OK 73134-2500
12921231     Chase,   PO Box 15298,    Wilmington, DE 19850-5298
12921232    +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
12943863     DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE,    P.O. Box 660933,    Dallas, Texas 75266-0933
12921237    +Denise Smith,    601 Medary Avenue,    Philadelphia, PA 19126-3836
12921238     Direct Loan Service System,    PO Box 5609,    Greenville, TX 75403-5609
12921239    +Ford Motor Credit,    PO BOX 542000,    Omaha, NE 68154-8000
12921243    +HSBC Bank USA,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13034750    +HSBC Bank USA, NA, as Trustee for Nomura Asset Acc,    Americas Servicing Company,
              ATTN: Bankruptcy Dept.,    MAC#D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
12921241     Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
12921242     Homeward Residential,    PO Box 619063,    Dallas, TX 75261-9063
12936877    +Homeward Residential, Inc.,    Bankruptcy Department,    1525 S. Beltline Road, Suite 100 North,
              Coppell, TX 75019-4913
12921244    +Law Unit Soc/SLFC PHEAA,    Student Loan Fund,    1 West 4th Street,    Cincinnati, OH 45202-3604
13321124    +Michael D. Sayles, Esq,    427 W Cheltenham Ave #2,    Elkins Park, PA 19027-3291
12921249     Ocwen Loan Sercving, LLC,    PO Box 785063,    Orlando, FL 32878-5063
12921251     Ocwen Loan Servicing, LLC,    attn: Research Department,    12650 Ingenuity Drive,
              Orlando, FL 32826-2703
13000729    +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
12921252    +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
12951310    +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
12921254    +Riverfront Federal Credit Union,    430 South Fourth Street,    Reading, PA 19602-2698
13068374    +SPECIALIZED LOAN SERVICING,LLC,    8742 LUCENT BLVD,SUITE 300,
              HIGHLANDS RANCH, COLORADO 80129-2386
12990084     Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
              P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
12921256    +Sears,   701 East 60th Street North,    PO Box 6241,    Sioux Falls, SD 57117-6241
13223118     The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC.,    Attn: Bankruptcy Department,
              P.O. Box 24605,    West Palm Beach, FL 33416-4605
12921257    +Tri-Pac,    PO Box 981439,    El Paso, TX 79998-1439
13402228    +U.S. Bank National Association, as Trus,    Serviced by Select Portfolio Servicing,,
              3815 South West Temple,    Salt Lake City, UT 84115-4412
14126414     United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
13072564    +VERICREST FINANCIAL,    13801 WIRELESS WAY,    OKLAHOMA CITY,OKLAHOMA 73134-2500
12921258    +Vericrest Financial,    715 South Metropolitan,    Oklahoma City, OK 73108-2088
12921260    +Volvo Car Finance North,    POB 542000,    Omaha, NE 68154-8000
12949299     Volvo Car Finance North America,    Primus Financial Services,    PO Box 553179,
              Detroit, MI 48255-3179
12921263    +Wells Fargo Bank,    PO Box 650828,    Dallas, TX 75265-0828
12984324     Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus  X2303-01A,
              Des Moines, IA 50328-0001
12940970     Wells Fargo on behalf of Education Credit Manageme,    c/o ECMC,    PO Box 75906,
              St. Paul, MN 55175
12921264    +Xpress Loan servicing,    PO Box 94553,    Cleveland, OH 44101-4553
12921265    #+Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street, Suite 101,
              Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:45     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2018 02:06:59
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2018 02:07:28     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
```

```
District/off: 0313-2           User: Stacey                Page 2 of 4                   Date Rcvd: Jul 20, 2018
                               Form ID: 138NEW             Total Noticed: 75


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
cr              E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:46      City Of Philadelphia,
                 City of Philadelphia,    Law/Revenue Department,    1401 JFK Blvd, 5th Floor,
                 Municipal Services Building,     Philadelphia, PA  19102
cr             +Fax: 407-737-5634 Jul 21 2018 02:43:25      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                 Suite #100,    WEST PALM BEACH, FL 33409-6493
12999035        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2018 02:26:32
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
12921227        E-mail/Text: ACF-EBN@acf-inc.com Jul 21 2018 02:06:14      Atlantic Credit & Finance, Inc.,
                 PO Box 13386,    Roanoke, VA 24033-3386
12964332       +E-mail/Text: BKRMailOps@weltman.com Jul 21 2018 02:07:13      Atlantic Credit and Finance, Inc.,
                 Successor in Interest to GE MONEY BANK,    c/o Weltman, Weinberg & Reis, Co., LPA,
                 P.O. Box 6597,    Cleveland, OH 44101-1597
12921235        E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:46      City of Philadelphia,
                 Law Department-Bankruptcy Unit,    1515 Arch Street, 15th  Floor,    Philadelphia, PA 19102-1595
13027545        E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:46
                 City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
12921234        E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:45
                 City & School District of Philadelphia,    Law Department-Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12921233        E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:45
                 City & School District of Philadelphia,    Law Department-Tax Unit,
                 1515 Arch Street, 15th  Floor,    Philadelphia, PA 19102-1595
12921236        E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:46      City of Philadelphia,
                 Deaprtment of Revenue,    PO Box 148,    Philadelphia, PA 19105-0148
13020561       +E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:46
                 City of Philadelphia, Law Department - Tax Unit,    Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1640
12921240        E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2018 02:09:28      GE Monogram Bank,    PO Box 981430,
                 El Paso, TX 79998-1430
12921246       +E-mail/Text: electronicbkydocs@nelnet.net Jul 21 2018 02:07:11      Nelnet/Education Financial,
                 3015 S. Parker RD,    Ste 400,    Aurora, CO 80014-2904
13615196       +Fax: 407-737-5634 Jul 21 2018 02:43:25      OCWEN LOAN SERVICING, LLC,
                 ATTN: CASHIERING DEPARTMENT,    1661 WORTHINGTON RD., SUITE 100,
                 WEST PALM BEACH, FL 33409-6493
12921247        Fax: 407-737-5634 Jul 21 2018 02:43:25      Ocwen,    PO Box 24737,
                 West Palm Beach, FL 33416-4737
12921250       +Fax: 407-737-5634 Jul 21 2018 02:43:25      Ocwen Loan Servicing,    1661 Worthington RD,
                 STE 100,    West Palm Beach, FL 33409-6493
13346674       +Fax: 407-737-5634 Jul 21 2018 02:43:25      Ocwen Loan Servicing, LLC,
                 ATTN: Bankruptcy Department,    1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
12998623        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2018 02:26:33
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12921253       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2018 02:09:45
                 Portfolio Recovery & Affilates,    120 Corporate Blvd., Suite 1,    Norfolk, VA 23502-4952
12921255       +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2018 02:09:17      Sallie Mae,    PO BOX 9500,
                 Wilkes Barre, PA 18773-9500
13105140        E-mail/PDF: pa_dc_ed@navient.com Jul 21 2018 02:09:31      Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
12921259       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 21 2018 02:06:14
                 Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
12921261       +E-mail/Text: bknotices@conduent.com Jul 21 2018 02:08:10      Wachovia Education Services,
                 c/o ACS,    501 Bleeker Street,    Utica, NY 13501-2401
12921262        E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:46      Water Revenue Bureau,
                 Phyllis Chase, Collections Manager,    Municipal Services Building,    1401 JFK Blvd.,
                 Philadelphia, PA 19102-1663
                                                                                               TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
12921245       ##+NCO Financial,    PO Box 15636,    Wilmington, DE 19850-5636
12921248        ##Ocwen,    PO Box 6440,    Carol Stream, IL 60197-6440
                                                                                               TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0313-2            User: Stacey               Page 3 of 4              Date Rcvd: Jul 20, 2018
                                Form ID: 138NEW            Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:

```
              ANN E. SWARTZ    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              DAVID   NEEREN    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
               U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE dneeren@udren.com, vbarber@udren.com
              DAVID   NEEREN    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               dneeren@udren.com, vbarber@udren.com
              DAVID H. LIPOW    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              DAVID H. LIPOW    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
               U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HOWARD   GERSHMAN    on behalf of Creditor    Volvo Car Finance North America hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor   et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York,
               et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et
               al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York, et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York As Successor   et al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KARINA   VELTER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1
               amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank Of New York Mellon, As Trustee For Cit
               Mortgage Loan Trust 2007-1 bkyefile@rasflaw.com
              KEVIN T MCQUAIL    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee
               ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               amps@manleydeas.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
              MARISSA M. O'CONNELL    on behalf of Creditor    City Of Philadelphia marissa.o'connell@phila.gov,
               James.Feighan@phila.gov
```

```
District/off: 0313-2         User: Stacey              Page 4 of 4             Date Rcvd: Jul 20, 2018
                             Form ID: 138NEW           Total Noticed: 75
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

        MICHAEL D. SAYLES    on behalf of Debtor William F. Smith, Sr midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

        RYAN A. GOWER    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com

        RYAN A. GOWER    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bkecf@milsteadlaw.com

        SALVATORE  CAROLLO    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ldoyle@udren.com, cblack@udren.com

        SHERRI J. Smith    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com

        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et al. paeb@fedphe.com

        THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York, et al. paeb@fedphe.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

        WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

        WILLIAM EDWARD MILLER    on behalf of Creditor    Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

        TOTAL: 39

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: William F. Smith, Sr
    Debtor(s)

Bankruptcy No: 12−21209−jkf
Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/20/18

250 − 249
Form 138_new