United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William F. Smith, Sr
    Debtor

Case No. 12-21209-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 2    Date Rcvd: Aug 13, 2018
                      Form ID: 212    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2018.
db           +William F. Smith, Sr,   601 Medary Avenue,   Philadelphia, PA 19126-3836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2018 at the address(es) listed below:

        ANN E. SWARTZ    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee    ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association    bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
        CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
        DAVID NEEREN    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for    dneeren@udren.com, vbarber@udren.com
        DAVID NEEREN    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE dneeren@udren.com, vbarber@udren.com
        DAVID H. LIPOW    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
        DAVID H. LIPOW    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        HOWARD GERSHMAN    on behalf of Creditor    Volvo Car Finance North America hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York, et al. paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et al. paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As Successor    et al. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As Successor    et al. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York, et al. paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et al. paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KARINA VELTER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1    amps@manleydeas.com
        KEVIN M. BUTTERY    on behalf of Creditor    The Bank Of New York Mellon, As Trustee For Cit Mortgage Loan Trust 2007-1 bkyefile@rasflaw.com
        KEVIN T MCQUAIL    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee    ecfmail@mwc-law.com

```
District/off: 0313-2           User: Stacey                Page 2 of 2                   Date Rcvd: Aug 13, 2018
                               Form ID: 212                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

  KIMBERLY A. BONNER  on behalf of Creditor  U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1 amps@manleydeas.com
  KIMBERLY A. BONNER  on behalf of Creditor  HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1 amps@manleydeas.com
  KIMBERLY A. BONNER  on behalf of Creditor  HSBC BANK USA, NATIONAL ASSOCIATION amps@manleydeas.com
  LEEANE O. HUGGINS  on behalf of Creditor  Nationstar Mortgage LLC, et al pabk@logs.com
  LESLIE J. RASE  on behalf of Creditor  Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
  MARISSA M. O'CONNELL  on behalf of Creditor  City Of Philadelphia marissa.o'connell@phila.gov, James.Feighan@phila.gov
  MATTHEW CHRISTIAN WALDT  on behalf of Creditor  Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
  MICHAEL D. SAYLES  on behalf of Debtor William F. Smith, Sr midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
  POLLY A. LANGDON  on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
  RYAN A. GOWER  on behalf of Creditor  Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bkecf@milsteadlaw.com
  RYAN A. GOWER  on behalf of Creditor  The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com
  SALVATORE CAROLLO  on behalf of Creditor  Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ldoyle@udren.com, cblack@udren.com
  SHERRI J. Smith  on behalf of Creditor  Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
  THOMAS I. PULEO  on behalf of Creditor  U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
  THOMAS YOUNG.HAE SONG  on behalf of Creditor  The Bank Of New York Mellon F/K/A The Bank Of New York, et al. paeb@fedphe.com
  THOMAS YOUNG.HAE SONG  on behalf of Creditor  Deutsche Bank National Trust Company, As Trustee For et al. paeb@fedphe.com
  United States Trustee  USTPRegion03.PH.ECF@usdoj.gov
  WILLIAM MILLER*R  ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
  WILLIAM EDWARD MILLER  on behalf of Creditor  Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
  WILLIAM EDWARD MILLER  on behalf of Creditor  The Bank of New York Mellon, by its attorney in fact Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                              TOTAL: 39

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                               Chapter: 13

    William F. Smith, Sr

Debtor(s)                                                                                      Case No: 12–21209–jkf

___

*ORDER*

AND NOW, 8/13/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Jean K. FitzSimon

Judge ,United States Bankruptcy Court