United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 12-21209-jkf
William F. Smith, Sr                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin              Page 1 of 3              Date Rcvd: Aug 24, 2018
                            Form ID: 3180W           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
```
db             +William F. Smith, Sr,    601 Medary Avenue,    Philadelphia, PA 19126-3836
13308040       +Bank of New York /Vericrest Financial,   Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
12943863        DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE,    P.O. Box 660933,    Dallas, Texas 75266-0933
13034750       +HSBC Bank USA, NA, as Trustee for Nomura Asset Acc,    Americas Servicing Company,
                 ATTN: Bankruptcy Dept.,    MAC#D3347-014,   3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13321124       +Michael D. Sayles, Esq,    427 W Cheltenham Ave #2,   Elkins Park, PA 19027-3291
13000729       +PNC BANK,    PO BOX 94982,   CLEVELAND, OH 44101-4982
12951310       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13068374       +SPECIALIZED LOAN SERVICING,LLC,    8742 LUCENT BLVD,SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
12990084        Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
13223118        The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC.,    Attn: Bankruptcy Department,
                 P.O. Box 24605,    West Palm Beach, FL 33416-4605
13402228       +U.S. Bank National Association, as Trus,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
14126414        United Student Aid Funds, Inc (USAF),    PO Box 8961,   Madison WI 53708-8961
13072564       +VERICREST FINANCIAL,    13801 WIRELESS WAY,   OKLAHOMA CITY,OKLAHOMA 73134-2500
12949299        Volvo Car Finance North America,    Primus Financial Services,    PO Box 553179,
                 Detroit, MI  48255-3179
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 25 2018 02:00:32     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2018 01:59:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2018 02:00:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
12999035        EDI: AIS.COM Aug 25 2018 05:48:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
12964332       +E-mail/Text: BKRMailOps@weltman.com Aug 25 2018 01:59:49     Atlantic Credit and Finance, Inc.,
                 Successor in Interest to GE MONEY BANK,    c/o Weltman, Weinberg & Reis, Co., LPA,
                 P.O. Box 6597,    Cleveland, OH 44101-1597
13027545        E-mail/Text: megan.harper@phila.gov Aug 25 2018 02:00:33
                 City of Philadelphia Law Department,    Tax Unit - Bankruptcy,   Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13020561       +E-mail/Text: megan.harper@phila.gov Aug 25 2018 02:00:33
                 City of Philadelphia, Law Department - Tax Unit,    Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1640
13615196       +Fax: 407-737-5634 Aug 25 2018 02:26:48      OCWEN LOAN SERVICING, LLC,
                 ATTN: CASHIERING DEPARTMENT,    1661 WORTHINGTON RD., SUITE 100,
                 WEST PALM BEACH, FL 33409-6493
12998623        EDI: PRA.COM Aug 25 2018 05:48:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13105140        EDI: NAVIENTFKASMDOE.COM Aug 25 2018 05:48:00      Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
12984324        EDI: WFFC.COM Aug 25 2018 05:48:00      Wells Fargo Bank, N.A.,    Home Equity Group,
                 1 Home Campus  X2303-01A,    Des Moines, IA 50328-0001
12940970        EDI: ECMC.COM Aug 25 2018 05:48:00      Wells Fargo on behalf of Education Credit Manageme,
                 c/o ECMC,    PO Box 75906,   St. Paul, MN 55175
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: admin              Page 2 of 3              Date Rcvd: Aug 24, 2018
                              Form ID: 3180W           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:

```
          ANN E. SWARTZ    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee
           ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
          BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
           bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          DAVID   NEEREN    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
           dneeren@udren.com, vbarber@udren.com
          DAVID   NEEREN    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
           U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
           Certificates, Series 2005-14HE dneeren@udren.com, vbarber@udren.com
          DAVID H. LIPOW    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
           Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com,
           dlipow@milsteadlaw.com
          DAVID H. LIPOW    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
           U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
           Certificates, Series 2005-14HE bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          HOWARD   GERSHMAN    on behalf of Creditor    Volvo Car Finance North America hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York,
           et al. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et
           al. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
           As Successor   et al. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
           For et al. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
           York As Successor   et al. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
           York, et al. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KARINA   VELTER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1
           amps@manleydeas.com
          KEVIN M. BUTTERY    on behalf of Creditor    The Bank Of New York Mellon, As Trustee For Cit
           Mortgage Loan Trust 2007-1 bkyefile@rasflaw.com
          KEVIN T MCQUAIL    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee
           ecfmail@mwc-law.com
          KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1
           amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1
           amps@manleydeas.com
          KIMBERLY A. BONNER    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
           amps@manleydeas.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
          MARISSA M. O'CONNELL    on behalf of Creditor    City Of Philadelphia marissa.o'connell@phila.gov,
           James.Feighan@phila.gov
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing
           agent for U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust,
           Mortgage Pass-Through Certificates, Series 2006-BNC1 mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          MICHAEL D. SAYLES    on behalf of Debtor William F. Smith, Sr midusa1@comcast.net,
           michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
```

```
District/off: 0313-2          User: admin              Page 3 of 3                  Date Rcvd: Aug 24, 2018
                              Form ID: 3180W           Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          RYAN A. GOWER    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bkecf@milsteadlaw.com
          RYAN A. GOWER    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com
          SALVATORE  CAROLLO    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE ldoyle@udren.com, cblack@udren.com
          SHERRI J. Smith    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York, et al. paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et al. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon, by its attorney in fact Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                               TOTAL: 39

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William F. Smith Sr** | Social Security number or ITIN  **xxx–xx–5106** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **12–21209–jkf** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William F. Smith Sr

8/23/18

**By the court:** Jean K. FitzSimon
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**