United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-21209-jkf
William F. Smith, Sr                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Aug 27, 2018
                              Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
db           +William F. Smith, Sr,   601 Medary Avenue,   Philadelphia, PA 19126-3836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee
               ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              DAVID   NEEREN    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               dneeren@udren.com,    vbarber@udren.com
              DAVID   NEEREN    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
               U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE dneeren@udren.com,    vbarber@udren.com
              DAVID H. LIPOW    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              DAVID H. LIPOW    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
               U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE bkecf@milsteadlaw.com,    dlipow@milsteadlaw.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HOWARD   GERSHMAN    on behalf of Creditor    Volvo Car Finance North America hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York,
               et al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et
               al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York
               As Successor   et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York As Successor   et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York, et al. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For et al. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KARINA   VELTER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1
               amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank Of New York Mellon, As Trustee For Cit
               Mortgage Loan Trust 2007-1 bkyefile@rasflaw.com
              KEVIN T MCQUAIL    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee
               ecfmail@mwc-law.com

```
District/off: 0313-2          User: Stacey               Page 2 of 2                    Date Rcvd: Aug 27, 2018
                              Form ID: 195               Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION
               amps@manleydeas.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
              MARISSA M. O'CONNELL    on behalf of Creditor    City Of Philadelphia marissa.o'connell@phila.gov,
               James.Feighan@phila.gov
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing
               agent for U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust,
               Mortgage Pass-Through Certificates, Series 2006-BNC1 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL D. SAYLES    on behalf of Debtor William F. Smith, Sr midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RYAN A. GOWER    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
               U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE bkecf@milsteadlaw.com
              RYAN A. GOWER    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
               Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com
              SALVATORE CAROLLO    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent
               for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE ldoyle@udren.com, cblack@udren.com
              SHERRI J. Smith    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
               U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
               Certificates, Series 2005-14HE sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
               York, et al. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For et al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Ocwen Loan Servicing, LLC
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon, by its attorney in
               fact Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 39
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                  : Chapter 13

William F. Smith, Sr                                                      : Case No. 12–21209–jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , August 27, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

257
Form 195