IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 12-21209-JKF |
| WILLIAM F. SMITH, SR., | : | Chapter 13 |
| Debtor(s). | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | Related to Doc. No. 223 |
| Movant, | : | |
| v. | : | |
| WILLIAM F. SMITH, SR., | : | |
| Respondent(s). | : | |

**ORDER RESTRICTING PUBLIC ACCESS**

AND NOW, this  17th  day of      April      , 2019, upon consideration of the Motion to Redact and Request to Restrict Public Access filed by PNC Bank, National Association, the Court hereby ORDERS, ADJUDGES, and DECREES that the Motion is **GRANTED**, and public access to Exhibits B and C of Doc. No. 223 shall be restricted.

JEAN K. FITZSIMON
United States Bankruptcy Judge