United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William F. Smith, Sr
    Debtor

Case No. 12-21209-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 2     Date Rcvd: Apr 17, 2019
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.
cr         +PNC Bank, National Association,    c/o Tucker Arensberg, PC,    1500 One PPG Place,    Pittsburgh, PA 15222-5416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:
         ANN E. SWARTZ    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
         BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
         CHRISTOPHER A. DENARDO    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
         DAVID NEEREN    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for dneeren@udren.com, vbarber@udren.com
         DAVID NEEREN    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE dneeren@udren.com, vbarber@udren.com
         DAVID H. LIPOW    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
         DAVID H. LIPOW    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         HOWARD GERSHMAN    on behalf of Creditor    Volvo Car Finance North America hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
         JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York, et al. paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et al. paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As Successor et al. paeb@fedphe.com
         JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York As Successor et al. paeb@fedphe.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New York, et al. paeb@fedphe.com
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et al. paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al... bkgroup@kmllawgroup.Dom, bkgroup@kmllawgroup.com
         KARINA VELTER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1 amps@manleydeas.com
         KEVIN M. BUTTERY    on behalf of Creditor    The Bank Of New York Mellon, As Trustee For Cit Mortgage Loan Trust 2007-1 kbuttery@rascrane.com

```
District/off: 0313-2          User: Stacey              Page 2 of 2           Date Rcvd: Apr 17, 2019
                              Form ID: pdf900           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          KEVIN T MCQUAIL    on behalf of Creditor    Deutshe Bank National Trust Company, as Trustee
           ecfmail@mwc-law.com
          KIMBERLY A. BONNER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1
           kab@jsdc.com, jnr@jsdc.com
          KIMBERLY A. BONNER    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AF1
           kab@jsdc.com, jnr@jsdc.com
          KIMBERLY A. BONNER    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION kab@jsdc.com,
           jnr@jsdc.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
          MARISSA M. O'CONNELL    on behalf of Creditor    City Of Philadelphia marissa.o'connell@phila.gov,
           karena.blaylock@phila.gov
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing
           agent for U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust,
           Mortgage Pass-Through Certificates, Series 2006-BNC1 mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          MICHAEL D. SAYLES    on behalf of Debtor William F. Smith, Sr midusa1@comcast.net,
           michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          RYAN A. GOWER    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
           U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
           Certificates, Series 2005-14HE bkecf@milsteadlaw.com
          RYAN A. GOWER    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage
           Loan Trust 2007-1, by Vericrest Financial, Inc., as its attorney in fact bkecf@milsteadlaw.com
          SALVATORE CAROLLO    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent
           for U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
           Certificates, Series 2005-14HE ldoyle@udren.com, cblack@udren.com
          SHERRI J. SMITH    on behalf of Creditor    Specialized Loan Servicing, LLC as servicing agent for
           U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed
           Certificates, Series 2005-14HE sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon F/K/A The Bank Of New
           York, et al. paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
           For et al. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R    ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    Ocwen Loan Servicing, LLC
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    The Bank of New York Mellon, by its attorney in
           fact Ocwen Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                    TOTAL: 40

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 12-21209-JKF |
| WILLIAM F. SMITH, SR., | : | Chapter 13 |
| Debtor(s). | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | Related to Doc. No. 223 |
| Movant, | : | |
| v. | : | |
| WILLIAM F. SMITH, SR., | : | |
| Respondent(s). | : | |

**ORDER RESTRICTING PUBLIC ACCESS**

AND NOW, this  17th  day of           April            , 2019, upon consideration of the Motion to Redact and Request to Restrict Public Access filed by PNC Bank, National Association, the Court hereby ORDERS, ADJUDGES, and DECREES that the Motion is **GRANTED**, and public access to Exhibits B and C of Doc. No. 223 shall be restricted.

JEAN K. FITZSIMON
United States Bankruptcy Judge